# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136000

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JONATHAN STEWART RODEN,
       Defendant-Appellant.

SC: 136000
COA: 282992
Berrien CC: 2000-400994-FC

_____/

On order of the Court, the application for leave to appeal the January 30, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

s0828